116

74 A.3d 119

READING AREA WATER AUTHORITY

v.

The SCHUYLKILL RIVER GREENWAY ASSOCIATION,
Bern Township, Intervenor,

Petition of: The Schuylkill River Greenway
Association and Bern Township.

Supreme Court of Pennsylvania.

Aug. 28, 2013.

## ORDER

PER CURIAM.

AND NOW, this 28th day of August, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by Petitioner, are:

    a.  Whether Commonwealth Court erred in its determination that a municipal water authority has the power to condemn a permanent easement of dimensions sufficient to enable a private developer to install and permanently maintain privately owned and operated wastewater facilities and privately owned and operated storm water management facilities in a portion of the easement separate and apart and for a distinct purpose from the publicly owned water facilities?

    b.  Whether Commonwealth Court erred in its determinations that "facilitat[ing] the construction of ... storm water management facilities" to enable development of private land and "providing ... storm water manage-

ment" constitute public purposes to justify taking of private land?